UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MAGISTRATE JUDGE KEYS**

UNITED STATES OF AMERICA )   No. **10 CR 926**
)
v.                       )   Violation: Title 29, United States Code,
)   Section 439(c)
FRANK KMIEC              )

**FILED**
NOV - 2 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The UNITED STATES ATTORNEY charges:

1. At all times material to this Information, the Brotherhood of Maintenance of Way Employes Lodge 2857 ("Lodge 2857") was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(a), (i), and (j).

2. Beginning on or about June 14, 2006, and continuing until on or about December 13, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

FRANK KMIEC,

defendant herein, willfully made false entries in books, records, reports, and statements required to be kept by Title 29, United States Code, Section 436, namely, defendant made false entries in Lodge 2857's cash record book, check register, and quarterly audit reports, misrepresenting the balance of Lodge 2857's bank account;

In violation of Title 29, United States Code, Section 439(c).

_Patrick J. Fitzgerald by JBP_
UNITED STATES ATTORNEY